# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowdre, Karon O. | U.S. District Court, Alabama | 06/16/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Hugo Black Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Proprietor | ▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | Samford University (Defined Benefit Plan) - vested benefits in plan of former employer |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 06/16/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-Employed Law Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Byrne Judicial Clerkship Institute | 03/13/13-03/15/13 | Pepperdine School of Law (Malibu, CA) | Instruct at Judicial Clerkship Seminar | Reimbursement for hotel, travel, & meals |
| 2. | Federal Judicial Conference | 04/11/13-04/12/13 | Emory University (Atlanta, GA) | Issues in Neuroscience Seminar | Reimbursement for hotel, travel, & meals |
| 3. | Federal Judicial Conference | 04/23/13-04/26/13 | Washington, DC | Conference for Chief Judges of District Courts | Reimbursement for airfare, hotel, travel, & meals |
| 4. | Federal Judicial Conference | 05/01/13-05/04/13 | Savannah, GA | Eleventh Judicial Court | Reimbursement for hotel, travel, & meals |
| 5. | Federal Judicial Conference | 09/23/13-09/24/13 | Washington, DC | Filming Speech on Legal Writing for FJC | Reimbursement for airfare, hotel, & meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bowdre, Karon O. | 06/16/2014 |

| 6. | Florence, Alabama Courthouse | 12/12/13 | Florence, AL | Meeting with Architect Regarding Renovations to Hugo Black 8th Floor Courtroom | Reimbursement for travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 06/16/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▓▓▓▓▓ Real Estate I Birmingham, Alabama | B | Rent | J | W | | | | | |
| 2. First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 3. American Fund - Fundamental Investors (See Part VIII) | A | Dividend | | | Merged (with line 7) | 07/01/13 | J | | |
| 4. American Fund - Capital World Growth & Income | A | Dividend | | | Sold | 07/05/13 | J | A | |
| 5. Merrill Lynch Bank Deposit Program (See Part VIII) | A | Dividend | J | T | | | | | |
| 6. Perkins Investment Fund - Small Cap Value | A | Dividend | | | Sold | 07/01/13 | J | | |
| 7. Fundamental Investors (See Part VIII) | A | Dividend | K | T | Buy (add'l) | 07/01/13 | J | | |
| 8. | | | | | Sold (part) | 07/01/13 | J | A | |
| 9. Growth Fund of America | A | Dividend | J | T | | | | | |
| 10. Citibank Morgan Stanley Money Fund (See Part VIII) | A | Dividend | K | T | | | | | |
| 11. Legg Mason Value Trust | A | Dividend | L | T | | | | | |
| 12. Microsoft Common Stock | A | Dividend | K | T | | | | | |
| 13. Walmart Common Stock | A | Dividend | L | T | | | | | |
| 14. Fundamental Investors Fund (IRA) | A | Dividend | J | T | | | | | |
| 15. Growth Fund of America (IRA) | A | Dividend | J | T | | | | | |
| 16. New Perspective Fund (IRA) | A | Dividend | J | T | | | | | |
| 17. Small Cap World Fund (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bowdre, Karon O. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cap World Growth & Inc. (IRA) | B | Dividend | K | T | | | | | |
| 19. Invest. Co. of America (IRA) | A | Dividend | J | T | | | | | |
| 20. Wash. Mutual Inv. Fund (IRA) | A | Dividend | J | T | | | | | |
| 21. Trust I; ▮▮▮▮ See Part VIII | D | Int./Div. | O | W | | | | | |
| 22. Regions Bank Acct. | A | Interest | M | T | | | | | |
| 23. Trust II; ▮▮▮▮ See Part VIII | E | Int./Div. | P1 | W | | | | | |
| 24. 401(k) - John Hancock; See Part VIII | E | Dividend | O | T | Buy (add'l) | 01/02/13 | K | | |
| 25. Lawfirm Cap. Contrib (▮▮); See Part VIII | | None | K | W | | | | | |
| 26. Trust III; ▮▮; Life Ins.; ▮▮▮; See Part VIII | | None | K | W | | | | | |
| 27. Trust IV; ▮▮ Life Ins.; ▮▮▮; See Part VIII | | None | K | W | | | | | |
| 28. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 29. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 30. Perkins Fd - Small Cap & Value Fund (IRA) | A | Dividend | K | T | | | | | |
| 31. T. Rowe Price Mid-Cap Growth Fund (IRA) | A | Dividend | L | T | | | | | |
| 32. General Electric Co., Common Stock | A | Dividend | J | T | | | | | |
| 33. Metlife (New England Financial) Perm. Life Ins.; See Part VIII | A | Dividend | | | Merged (with line 95) | 05/28/13 | K | | |
| 34. Metlife (New England Financial) Perm. Life Ins. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metlife Perm Life Insurance; See Part VIII | A | Dividend | | | Merged (with line 95) | 05/28/13 | L | | |
| 36. T. Rowe Price Mid-Cap Growth Fund | A | Dividend | J | T | | | | | |
| 37. Capital World Growth | A | Dividend | K | T | | | | | |
| 38. Capital World Growth | A | Dividend | J | T | | | | | |
| 39. Intermediate Bond Fund of America | A | Dividend | | | Sold | 07/05/13 | J | | |
| 40. Real Estate Investment, Joint Venture, Panama City, FL | | None | J | W | | | | | |
| 41. American Fundamental Investors Class F | A | Dividend | L | T | | | | | |
| 42. Fidelity Funds Cash Reserves | A | Dividend | J | T | | | | | |
| 43. ING - Life Insurance Policy | A | Dividend | J | T | | | | | |
| 44. LLC #4 - ▓▓▓▓ Real Estate Investment; Birmingham, AL | D | Distribution | M | W | | | | | |
| 45. New World Fund | A | Dividend | K | T | | | | | |
| 46. Royce Special Equity | A | Dividend | | | Sold | 09/03/13 | J | A | |
| 47. T. Rowe Price Cap Apprec. | A | Dividend | J | T | | | | | |
| 48. American Tax Exempt Bond Fund CL-C | B | Dividend | K | T | Buy (add'l) | 10/30/13 | J | | |
| 49. Cap Inc Bldr FD CLC | A | Dividend | J | T | Buy (add'l) | 10/30/13 | J | | |
| 50. Fundamental Inv. Inc | A | Dividend | J | T | | | | | |
| 51. New World Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Wells Fargo Co. | A | Dividend | J | T | | | | | |
| 53. | Income Fund America | A | Dividend | K | T | | | | | |
| 54. | American Tax Exempt Bond Fund CL-C | A | Dividend | J | T | | | | | |
| 55. | Cap Inc. Bldr CL C | A | Dividend | J | T | | | | | |
| 56. | Cap World Growth & Inc. | A | Dividend | J | T | | | | | |
| 57. | SPDR Gold Trust | A | Dividend | | | Sold | 07/01/13 | J | A | |
| 58. | SPDR Gold Trust | A | Dividend | K | T | | | | | |
| 59. | Merrill Lynch Bank Deposit Account | A | Dividend | J | T | | | | | |
| 60. | TD Bank USA FDIC Ins. Deposit Account | A | Dividend | J | T | | | | | |
| 61. | American Cent Equity Income Fd | A | Dividend | K | T | | | | | |
| 62. | American Bond Fund | A | Dividend | K | T | | | | | |
| 63. | Neuberger Berman Equity | A | Dividend | K | T | | | | | |
| 64. | American Century Equity Income | A | Dividend | J | T | | | | | |
| 65. | American Bond Fund of America | A | Dividend | J | T | | | | | |
| 66. | Neuberger Berman Equity | A | Dividend | J | T | | | | | |
| 67. | Hussman Strat TR | A | Dividend | | | Sold | 06/28/13 | J | A | |
| 68. | Managers Fremont Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Loomis Sayles Bond Fund | A | Dividend | J | T | | | | | |
| 70. Asia Pacific High Div | A | Distribution | J | T | | | | | |
| 71. Cushing MLP Total Return | A | Dividend | J | T | | | | | |
| 72. Emerging Market Bond | A | Dividend | J | T | | | | | |
| 73. First Commercial Bank | A | Interest | K | T | | | | | |
| 74. American Washington Mutual Investors | A | Dividend | J | T | | | | | |
| 75. Nucor Corporation | A | Dividend | J | T | | | | | |
| 76. Permanent Portfolio | A | Dividend | | | Sold | 10/10/13 | J | A | |
| 77. Matthew Asia Pacific EQ | A | Dividend | J | T | | | | | |
| 78. Principal Diversified Real | A | Dividend | | | Sold | 01/23/13 | K | A | |
| 79. American Tax Exempt Bd Fd | A | Dividend | | | Sold | 07/05/13 | J | | |
| 80. American CNT Interm Bd Fd | A | Dividend | | | Sold | 07/01/13 | J | A | |
| 81. American Tax Exempt Bd Fd | A | Dividend | J | T | | | | | |
| 82. American High Income Trust Fd | A | Dividend | J | T | | | | | |
| 83. Janus High Yield Fund | A | Dividend | J | T | | | | | |
| 84. Janus High Yield Fund (See Part VIII) | D | Dividend | M | T | | | | | |
| 85. Fidelity Adv Strategic | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Janus High Yield Fd | B | Dividend | K | T | | | | | |
| 87.  Janus High Yield Fd | A | Dividend | J | T | | | | | |
| 88.  Merrill Lynch Bank Deposit Program (See Part VIII) | A | Interest | J | T | | | | | |
| 89.  Aberdeen Asia - PAC | A | Dividend | | | Sold | 04/17/13 | J | A | |
| 90. | | | J | T | Buy | 06/13/13 | J | | |
| 91.  Proshares Ultra DJ UBS Crude Oil | A | Dividend | | | Sold | 06/17/13 | J | A | |
| 92.  Gamco Global Gold | A | Dividend | | | Sold | 03/12/13 | J | A | |
| 93.  DWS RREEF Global | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 94.  DWS RREEF Global | A | Dividend | K | T | Buy | 01/23/13 | K | | |
| 95.  Hartford Life Ins. Policy (See Part VIII) | A | Dividend | J | T | Buy | 03/13/13 | J | | |
| 96.  Market Vectors ETF Troil | A | Dividend | | | Buy | 01/02/13 | J | | |
| 97. | | | | | Sold | 11/25/13 | J | A | |
| 98.  SPDR Trust Short Term High Yield Bond ETF | A | Dividend | J | T | Buy | 03/05/13 | J | | |
| 99.  Market Vectors Gold Miners ETF | A | Dividend | | | Buy | 03/19/13 | J | | |
| 100. | | | | | Sold | 09/11/13 | J | A | |
| 101.  Mairs and Power Growth Fund | A | Dividend | J | T | Buy | 09/09/13 | J | | |
| 102.  Oakmark FDS Oakmark International | A | Dividend | J | T | Buy | 09/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FPA Crescent Portfolio | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 104. Managers AMG Yacktman Fund | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 105. Vanguard Div. Apprec. ETF | A | Dividend | J | T | Buy | 12/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust I is a trust ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

Merrill Lynch manager accounts: Eagle Asset Management SCG, Blackrock Equity Dividend Fund, Neuberger Berman Int'l Core, Neuberger Berman Large Cap Growth, Merrill Lynch Personal Advisor Program and Perkins/Janus MCV.

Sterne Agee & Leach manager accts: Boyd Watterson Fixed Income, Wealth Core-NOESIS, WCM, Lakeshore Capital, W.H. Reaves & Co., Sterne Agee Prime Cash Acct., Minneapolis Port Management and Dana Investments. Investment accts and allocations are selected by Merrill Lynch and Sterne Agee & Leach representatives.

Trust II is a trust ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

401(k): (Line 24) John Hancock Pensions: Investments are in Investment Company of America, Income Fund of America, Davis New York Venture, 500 Index Fund, Europacific Growth Fund, American Century Heritage, PIMCO Total Return Fund, and Strategic Income Opp. Fund. Contributions to the Plan and purchases by the Plan to preselected funds are made throughout the year.

Lawfirm Capital Contribution ▒▒▒▒▒ ) is in the law firm ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

Trust III owns a life insurance policy issued by Phoenix Mutual Life Insurance Company and stock issued by Phoenix Mutual.

Trust IV owns a life insurance policy issued by Northwestern Mutual Life Insurance Company.

Metlife (New England Financial) Perm. Life Insurance: (lines 33 and 35) The net cash values of these policies were applied in an IRC Section 1035 exchange to a new Hartford Life and Annuity Insurance Company Policy. See line 96.

Hartford Life Insurance Policy: (See line 96) The Harford Life Insurance Policy was aquired through an IRC Section 1035 tax-free exchange, in which policy 8509829 (line 35) and 6536605 (line 33) were surrendered and their cash values transferred to the new policy.

Janus High Yield Fund: Previous lines 92 and 93 were consolidated into one account on line 84 in 2013.

Fundamental Investors: Investment from line 3 merged with investment in line 7 in 2013.

Partial Sales in some holdings did not change year-end category listings.

Deletion of some holdings in previous reported years caused the deletion of certain lines and effectuated a change in number for subsequent entries.

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 06/16/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karon O. Bowdre**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# 2013 Federal Disclosure Report Chart

| Line | Asset | Owner | Acct # | Statement | |
|---|---|---|---|---|---|
| 1 | LLC #1- Hwy 280, LLC / Real Estate 1, Birmingham, AL | kob | | Hwy 280 LLC / Bodnar LLC Statements | |
| 2 | First Commercial Bank Acct | kob | 000-107-9960 | First Commerial Bank | |
| 3 | American Fund-Fundamental Investors; See Part VIII | kob | 435-25640 | Merrill Lynch / **Karon Ed.** | Merged with line 7 in '13 |
| 4 | American Fund-Capital World Growth and Income | kob | 435-25640 | Merrill Lynch / **Karon Ed.** | sold '13 |
| 5 | Merrill Lynch Bank Deposit Program | kob | 435-25638 | Merrill Lynch / **Karon O.** | |
| 6 | Perkins Investment Fund - Small Cap Value Fund | kob | 435-25638 | Merrill Lynch / **Karon Owen** | sold '13 |
| 7 | Fundamental Investors; See Part VIII | kob | 435-25638 | Merrill Lynch / **Karon Owen** | Merged with line 3 in '13 |
| 8 | Fundamental Investors | kob | 435-25638 | Merrill Lynch / **Karon Owen** | partial sale in '13 |
| 9 | Growth Fund of America | kob | 435-25638 | Merrill Lynch / **Karon Owen** | |
| 10 | Citibank Morgan Stanley Money Fund | jbb | 634-10877-140 | Citibank Morgan Stanley | |
| 11 | Legg Mason Value Trust | jbb | 634-10877-140 | Citibank Morgan Stanley | |
| 12 | Microsoft Common Stock | jbb | 435-24049 | Merrill Lynch / jbb Regular Account | |
| 13 | Walmart Stores Common Stock | jbb | 435-24049 | Merrill Lynch / jbb Regular Account | |
| 14 | Fundamental Inves.Fund (IRA) | kob | 435-25641 | Merrill Lynch / kob IRA | |
| 15 | Growth Fund of America (IRA) | kob | 435-25641 | Merrill Lynch / kob IRA | |
| 16 | New Perspective Fund (IRA) | kob | 435-25641 | Merrill Lynch / kob IRA | |
| 17 | Small Cap World Fund-IRA | kob | 435-25641 | Merrill Lynch / kob IRA | |
| 18 | Cap.World Growth&Inc-IRA | jbb | 435-24014 | Merrill Lynch / jbb / IRA | |
| 19 | Invest Co of Amer-IRA | jbb | 435-24014 | Merrill Lynch / jbb / IRA | |
| 20 | Wash Mut. Inv Fund-IRA | jbb | 435-24014 | Merrill Lynch / jbb / IRA | buy add'l '13 |
| 21 | Trust I; Inc.Benef.; Trustee= Spouse; See Part VIII | jbb | | 1984 Bowdre Trust fbo JBB | |
| 22 | Regions Bank Acct | jbb | 03794237 | jbb | |
| 23 | Trust II; Inc. Bene.; Spouse=Trustee, See Part VIII. | jbb | | 1998 Bowdre Trust fbo JBB | |
| 24 | 401(k) John Hancock, See Part VIII. | jbb | | John Hancock | |
| 25 | Lawfirm Capital Contribution (Spouse), See Part VIII | jbb | | | |
| 26 | Trust III; Inc Benef; Life Ins; Trustee=Spouse,See Part VIII | jbb | | | |
| 27 | Trust IV, Inc Benef; Life Ins; Trustee=Spouse,See Part VIII | jbb | | | |
| 28 | Merrill Lynch Bank Deposit Program | kob | 435-25640 | Merrill Lynch / **Karon O.** | |
| 29 | Merrill Lynch Bank Deposit Program | jbb | 435-24014 | Merrill Lynch / JBB / IRA | |
| 30 | Perkins Small Cap & Value Fund-IRA | jbb | 435-24014 | Merrill Lynch / JBB / IRA | |
| 31 | T. Rowe Price Mid-Cap Growth Fund-IRA | jbb | 435-24014 | Merrill Lynch / JBB / IRA | |
| 32 | General Eelctric Co, Common Stock | jbb | 435-24011 | Merrill Lynch/ JBB/ Special Account | |
| 33 | Metlife (New England Financial) Permanent Life Insurance | jbb | 6536605 | GPL Policy | 1035 exchange - see line 96 |
| 34 | Metlife (New England Financial) Permanent Life Insurance | kob | 8643774 | Permanent Policy | |
| 35 | Metlife Permanent Life Insurance | jbb | 8509829 | | 1035 exchange - see line 96 |
| 36 | T. Rowe Price Mid Cap Growth Fund | kob | 435-25638 | Merrill Lynch / **Karon Owen** | |
| 37 | Capital World Growth | jbb | 435-24011 | Merrill Lynch / jbb / Special Account | |
| 38 | Capital World Growth | jbb | 435-24049 | Merrill Lynch / jbb Regular Account | |
| 39 | Intermediate Bond Fund of America | kob | 435-25640 | Merrill Lynch / **Karon O.** | sold '13 |
| 40 | Real Estate investment joint venture; Panama City, FL | jbb | | | |
| 41 | American Fundamental Investors Class F | jbb | 435-24014 | Merrill Lynch / jbb / IRA Account | |
| 42 | Fidelity Funds Cash Reserves | jbb | 2AZ585629 | Fidelity | |
| 43 | ING - Life Insurance Policy | jbb | RL3070421R | GPUL | |
| 44 | LLC #4 - IRIS, LLC; real estate investment; Birmingham, AL | jbb | | | |

| | | | | | |
|---|---|---|---|---|---|
| 45 | New World Fund | jbb | 435-24014 | Merrill Lynch - JBB IRA | |
| 46 | Royce Special Equity | jbb | 912025582 | Strauss | sold '13 |
| 47 | T. Rowe Price Cap Apprec | jbb | 912025582 | Strauss | |
| 48 | American Tax Exempt Bond Fund CL-C | jbb | 435-24011 | Merrill Lynch (JBB Special Account) | buy add'l '13 |
| 49 | Cap Inc Bldr FD CLC | jbb | 435-24011 | Merrill Lynch (JBB Special Account) | buy add'l '13 |
| 50 | Fundamental Inv. Inc. | jbb | 435-24011 | Merrill Lynch (JBB Special Account) | |
| 51 | New World Fund, CLC | jbb | 435-24011 | Merrill Lynch (JBB Special Account) | |
| 52 | Wells Fargo Co. | jbb | 435-24011 | Merrill Lynch (JBB Special Account) | |
| 53 | Income Fund America | jbb | 435-24049 | Merrill Lynch / jbb Regular Account | |
| 54 | Amer Tax Exempt Bond Fund CL-C | jbb | 435-24013 | Merrill Lynch (JBB Land Acct) | |
| 55 | Cap Inc Bldr CL-C | jbb | 435-24013 | Merrill Lynch (JBB Land Acct) | |
| 56 | Cap World Growth & Inc. | jbb | 435-24013 | Merrill Lynch (JBB Land Acct) | |
| 57 | SPDR Gold Trust | kob | 435-25641 | Merrill Lynch (KOB IRA) | sold '13 |
| 58 | SPDR Gold Trust | jbb | 435-24014 | Merrill Lynch (JBB IRA) | |
| 59 | Merrill Lynch Bank Deposit Program | jbb | 435-24011 | Merrill Lynch JBB Special Account | |
| 60 | TD Bank USA FDIC Ins. Deposit Account | jbb | 912025582 | Strauss | |
| 61 | American Century Equity Income | jbb | 435-24014 | Merrill Lynch (JBB IRA) | |
| 62 | American Bond Fund | jbb | 435-24014 | Merrill Lynch (JBB IRA) | |
| 63 | Neuberger Berman Equity Income Inst | jbb | 435-24014 | Merrill Lynch (JBB IRA) | |
| 64 | American Century Equity Income Inv | kob | 435-25641 | Merrill Lynch / kob IRA | |
| 65 | American Bond Fund | kob | 435-25641 | Merrill Lynch / kob IRA | |
| 66 | Neuberger Berman Equity Income Inst | kob | 435-25641 | Merrill Lynch / kob IRA | |
| 67 | Hussman Strategic Total Return | jbb | 912025582 | Strauss | sold '13 |
| 68 | Managers Fremont Bond | jbb | 912025582 | Strauss | |
| 69 | Loomis Sayles Bond Retail | jbb | 912025582 | Strauss | |
| 70 | Asia Pacific High Div | jbb | 912025582 | Strauss | |
| 71 | Cushing MLP Total Return | jbb | 912025582 | Strauss | |
| 72 | Emerging Market Bond | jbb | 912025582 | Strauss | |
| 73 | First Commercial Bank Acct | jbb | 000-119-2303 | | |
| 74 | American Washington Mutual Investors | jbb | 435-24011 | Merrill Lynch / jbb / Special Account | |
| 75 | Nucor Corporation | jbb | 435-24049 | Merrill Lynch/ jbb / Regular Account | |
| 76 | Permanent Portfolio | jbb | 912-025582 | Strauss | sold '13 |
| 77 | Matthew Asia Pacific EQ | jbb | 912-025582 | Strauss | |
| 78 | Principal Diversified Real Asset Fund | jbb | 435-24014 | Merrill Lynch (JBB IRA) | sold '13 |
| 79 | American Tax Exempt Bd Fd | kob | 435-25640 | Merrill Lynch (KOB Educ) | sold '13 |
| 80 | American CNT Interm Bd Fd | kob | 435-25638 | Merrill Lynch (KOB Gen) | sold '13 |
| 81 | American Tax Exempt Bd Fd | jbb | 435-24049 | Merrill Lynch (jbb Reg) | |
| 82 | American High Income Trust Fd | jbb | 435-24049 | Merrill Lynch (jbb Reg) | |
| 83 | Janus High Yield Fund | kob | 435-25641 | Merrill Lynch (KOB IRA) | |
| 84 | Janus High Yield Fund; See Part VIII | jbb | 435-24014 | Merrill Lynch (JBB IRA) | previous lines 92 and 93 consolidated in line 84 in '13 |
| 85 | Fidelity Adv Strategic | jbb | 435-24014 | Merrill Lynch (JBB IRA) | |
| 86 | Janus High Yield Fund | jbb | 435-24011 | Merrill Lynch (JBB Special Account) | combined with line 87 in '13 |
| 87 | Janus High Yield Fund | jbb | 435-24011 | Merrill Lynch (JBB Special Account) | combined with line 88 in '13 |
| 88 | Merrill Lynch Bank Deposit Program | jbb | 435-24013 | Merrill Lynch (JBB Land Acct) | |
| 89 | Aberdeen Asia-PAC | jbb | 912-025582 | Strauss | sold '13 |
| 90 | Aberdeen Asia-PAC | jbb | 912-025582 | Strauss | buy '13 |
| 91 | Proshares Ultra DJ UBS Crude Oil | jbb | 912-025582 | Strauss | sold '13 |
| 92 | GAMCO Global Gold | jbb | 912-025582 | Strauss | sold '13 |

| 93 | DWS RREEF Global Infra | kob | 435-25641 | Merrill Lynch (KOB IRA) | buy '13 |
|---|---|---|---|---|---|
| 94 | DWS RREEF Global Infra | jbb | 435-24014 | Merrill Lynch (JBB IRA) | buy '13 |
| 95 | Hartford Life Insurance Policy | jbb | 102IU3171548 | The Hartford (JBB) | 1035 exchange - see lines 33 and 35 |
| 96 | Market Vectors ETF Troil | jbb | 912-025502 | Strauss | buy '13 |
| 97 | Market Vectors ETF Troil | jbb | 912-025502 | Strauss | sold '13 |
| 98 | SPDR Trust Short Term High Yield Bond ETF | jbb | 912-025502 | Strauss | buy '13 |
| 99 | Market Vectors Gold Miners ETF | jbb | 912-025502 | Strauss | buy '13 |
| 100 | Market Vectors Gold Miners ETF | jbb | 912-025502 | Strauss | sold '13 |
| 101 | Mairs and Power Growth Fund | jbb | 912-025502 | Strauss | buy '13 |
| 102 | Oakmark FDS Oakmark International | jbb | 912-025502 | Strauss | buy '13 |
| 103 | FPA Crescent Portfolio | jbb | 912-025502 | Strauss | buy '13 |
| 104 | Managers AMG Yacktman Fund | jbb | 912-025502 | Strauss | buy '13 |
| 105 | Vanguard Div. Apprec. ETF | jbb | 912-025502 | Strauss | buy '13 |